RECEIVED & FILED

'05 AUG 16 P2 :41

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                    )
   Santa Anita Turf & Sports Club    )    BK-S 85-22033 BAM
                                      )    Chapter __7__
                                      )
                                      )    Hearing Date: N/A
   _____Debtor_____         )    Hearing Time: N/A

**DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED DIVIDENDS**

The request for payment of unclaimed dividends that was submitted by <u>Dilks & Knopik on behalf of DJ Dawson</u> has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

    ___ $26.00 File search fee.
    ___ Motion to Payment of Unclaimed Dividends.
    ___ Limited power of attorney or assignment.
    ___ Affidavit for reimbursement.
    ___ Affidavit of service to the U.S. Attorney
    ___ Fee agreement required by local rule 3011(a)(1)(B)
    _X_ Supporting documentation required (see comments)
    ___ Fees have been paid out previously on schedule #_____
    ___ Other _____

Comments: <u>Must have copy of drivers license or state I.D.</u>

Unless otherwise noted, the original documentation has been filed and docketed. YOUR PAPERWORK WILL BE HELD FOR 30 DAYS; AFTER 30 DAYS YOU WILL HAVE TO RESUBMIT THE ENTIRE PACKAGE FOR US TO RECONSIDER YOUR APPLICATION.

If you have any questions, contact Kathy Moore at (702)388-6709 extension 1128, or internet email: kathy_moore@nvb.uscourts.gov.

Date:   August 16, 2005

                                                      */s/ Kathy A. Moore*
                                                      Kathy A Moore
                                                      Financial Specialist

**********************************************************************
## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on <u>August 16, 2005</u> by <u>kam</u>.